himselfe laid out ye way which he himselfe sould to Gridley; But his assertion that the Towne is not bound to Record there highwayes, veryly no, wee owne it, nether when they have laid them out are they vnalterable, but they may lay downe one & take another more convenient, in ye Towns Land, To his conclusion that this Land was laid out a high way about 40 yeares agoe & that his predecessor had inioyed it without any molestation tell ye yeare 74 wee Answer as his predecessor did Soe may ye plantiffe travel at any time y$^t$ way without Lett or disturbance, Therefore wee hope this honoured Court & Jury will see both reason & Law to give there verdict & Judgment soe, as the Defend$^t$ shall not allwayes be constrained, to Travel through a fire of contention to inioy his iust Right.

John Harrison

The Court of Assistants (Records, i. 60) reversed the lower court, awarded Woody 2s damage and 5l 3d costs, "and the Highway . . . to be as formerly." ]

ADAMS ag$^t$ TURILL

Abraham Adams plaint. ag$^t$ John Turill Defend$^t$ The plaint. withdrew his action.

WARREN ag$^t$ BENNET

Humphry Warren plaint. ag$^t$ Elisha Bennet Defend$^t$ The plaint. withdrew his action.

WARREN ag$^t$ SNOW

Humphry Warren plaint. ag$^t$ Sam$^{ll}$ Snow Defend$^t$ in an action of debt of Six pounds Fifteen Shillings in mony due by bill & due damages according to attachm$^t$ dat. x$^{br}$ 29. 1675. . . . The Jury . . . founde for the plaint. Six pounds eight Shillings six pence in mony & costs of Court Fifteen Shillings & two pence.

Execucion issued Feb$^{ro}$ 22° 1675.

FOGG ag$^t$ W$^{ms}$

Ezekiel Fogg & Comp$^a$ plaint$^s$ agt John Williams Def$^{dt}$ in an action of the case upon acco$^t$ to the value of twenty six pounds one Shilling & five pence or thereabouts being for goods sold & delivered himselfe & Cap$^t$ Tho: Frizell in consortship as per saide Acc° will more evidently appeare with all due damages according to attachm$^t$ dat. Janu$^{ry}$ 5th 1675. . . . The Jury . . . founde for the plaint. the ballance of the Acco$^t$ nine pounds Seventeen Shillings & five pence in mony & costs of Court Fifteen Shillings ten pence

Execucion issued Feb$^{ry.}$ 2$^d$ 1675